IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Brian | Case Number: 08 B 08887 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 4/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,204.35 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,204.35 |
| Totals: | 1,204.35 | 1,204.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Turner Acceptance Corporation | Secured | 1,941.63 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 28,000.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 47.69 | 0.00 |
| 4. | Galway Financial Service | Unsecured | 38.54 | 0.00 |
| 5. | Galway Financial Service | Unsecured | 39.20 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 134.43 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 53.24 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 79.52 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 85.24 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 82.34 | 0.00 |
| 11. | West Side Pathology | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Direct Tv | Unsecured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | West Suburban Hospital | Unsecured | | No Claim Filed |
| | | | $ 30,501.83 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Brian | Case Number:  08 B 08887 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/23/08 | Filed:  4/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

